UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

LENA YOUNG                                       :
                                                 :
    Plaintiff                  :
                                                 :
v.                                               :   Case No.1:16-cv-01389
                                                 :   Hon. Paul L. Maloney
AMERICOLLECT INC.

    Defendant(s).
_____/

**NOTICE OF DISMISSAL WITH PREJUDICE**

    NOW COMES THE Plaintiff, Lena Young, by and through counsel, and hereby states the following:

    THEREFORE, the parties have reached resolution in this matter and the Plaintiff hereby agrees pursuant to Federal Rules of Civil Procedure 41(a)(1) to dismiss the above-captioned matter with prejudice.

    The Court hereafter will retain jurisdiction over enforcement of the Settlement Agreement executed between the parties.

    The dismissal completely terminates the above-entitled action against the Defendant.

RESPECTFULLY SUBMITTED,

Date:  January 10, 2017

/s/ Nicholas A. Reyna
Nicholas A. Reyna (P68328)
Attorney for Plaintiff
528 Bridge St., Ste. 1A
Grand Rapids, MI 49504
(616) 235-4444
Nickreyna7@hotmail.com